SPENCER IMPORTING & TRADING CO. v. UNITED STATES (No. 722).[1]

SHELLED ALMONDS.
   Ruled by Spencer Importing & Trading Co. v. United States, supra p. 444
(T. D. 32201).

United States Court of Customs Appeals, January 11, 1912.

APPEAL from Board of United States General Appraisers, Abstract 25946 (T. D. 31720).
   [Affirmed.]

   Hatch & Clute (Edward S. Hatch and Walter F. Welch of counsel) for appellants.
   Wm. L. Wemple, Assistant Attorney General (Wm. A. Robertson on the brief), for
the United States.

   Before MONTGOMERY, SMITH, BARBER, DE VRIES, and MARTIN, Judges.

MARTIN, Judge, delivered the opinion of the court:
This case relates to the classification of shelled almonds, and pre-
sents the same issue as that litigated in a case of the same appellant
upon the same subject which has just been decided by this court.
In accordance with the conclusion reached in that case, the decision
of the board in the present case is affirmed.

---

[1] Reported in T. D. 32202 (22 Treas. Dec., 129).